UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Gregory Q. Schorr,**

    *Plaintiff,*

  v.

**PPA Holdings, Inc.**;
**Protect Plus Holdings Corp.**; *and*
**PPA Industries, Inc.**

    *Defendants.*

Case No. 1:22-cv-02083-TWP-TAB

**JOINT MOTION TO CONTINUE CASE MANAGEMENT PLAN DEADLINES**

The Parties jointly request that the Court continue the deadlines set in the Case Management Plan by 120 days. In support thereof, the Parties state as follows:

1. The Court entered the Parties' Case Management Plan as submitted on January 10, 2023.

2. As the Court is aware, the Parties are engaged in litigation in the Northern District of Illinois and arbitration before the American Arbitration Association related to the same subject matter as the instant lawsuit.

3. The Parties have recently entered into an agreement pursuant to which they have agreed to engage in mediation of all claims that have been or could be filed in these related proceedings, subject to completion of certain limited discovery. Under the terms of that agreement, and to allow the Parties to pursue a possible global resolution, the Parties have agreed that the date-certain deadlines previously set in the Case Management Plan in this case should be extended by 120 days, as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Service of Fed. R. Civ. P. 26 initial disclosures | February 23, 2023 | June 23, 2023 |
| Plaintiff's preliminary witness and exhibit lists | March 2, 2023 | June 30, 2023 |
| Defendant's preliminary witness and exhibit lists | March 9, 2023 | July 7, 2023 |
| Motions for leave to amend the pleadings and/or to join additional parties | March 23, 2023 | July 21, 2023 |
| Plaintiff's service of statement of special damages and settlement proposal on Defendants | March 23, 2023 | July 21, 2023 |
| Plaintiff's disclosure of expert witnesses (with name, address, vita, and report required by Fed. R. Civ. P. 26(a)(2)) | October 10, 2023 | February 7, 2024 |
| Defendant's disclosure of expert witnesses (with name, address, vita, and report required by Fed. R. Civ. P. 26(a)(2)) | November 9, 2023 | March 8, 2024 |
| Objections by any party who wishes to limit or preclude expert testimony at trial | February 8, 2024 | June 7, 2024 |
| Party with the burden of proof shall file statement of claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based, consistent with the certification provisions of Fed. R. Civ. P. 11(b) | August 30, 2023 | December 28, 2023 |
| Dispositive motions | September 27, 2023 | January 25, 2024 |

| Completion of non-expert witness discovery and discovery relating to liability issues | August 23, 2023 | December 21, 2023 |
|---|---|---|
| Completion of expert witness discovery and discovery relating to damages | January 24, 2024 | May 23, 2024 |
| Trial date requested | May 2024 | September 2024 |

4. The Parties also agreed to the filing of Plaintiff's motion for judgment on the pleadings, which is pending before the Court and will be fully briefed by March 2, 2023, and the extension of deadlines should not affect resolution of that motion.

5. If the mediation is not successful, the Parties will notify the Court and will proceed in accordance with the above deadlines. The Parties will also advise the Court following that mediation as to whether a settlement conference in July 2023 is still appropriate.

WHEREFORE, the Parties respectfully request that the Court extend the deadlines set for the in the Case Management Order entered on January 10, 2023 as set forth above.

Dated: February 27, 2023

Respectfully submitted,

| | |
|---|---|
| */s/Ann O. McCready* | */s/Stephen P. Dunn (w/permission)* |
| Peter S. French, #16716-49 | Stephen P. Dunn |
| Melissa A. Macchia, #29920-49 | BODMAN PLC |
| Ann O. McCready, #32836-53 | 6th Floor at Ford Field |
| Taft Stettinius & Hollister LLP | 1901 St. Antoine Street |
| One Indiana Square, Suite 3500 | Detroit, MI 48226 |
| Indianapolis, IN 46204 | (313) 259-7777 (phone) |

(317) 713-3500 (phone)  
(317) 713-3699 (fax)  
pfrench@taftlaw.com  
mmacchia@taftlaw.com  
amccready@taftlaw.com  

*Attorneys for Plaintiff*

(313) 393-7579 (fax)  
sdunn@bodmanlaw.com  

Michael K. Coran, Esq. (admitted pro hac vice)  
Gregory R. Sellers, Esq. (admitted pro hac vice)  
KLEHR HARRISON HARVEY BRANZBURG LLP  
1835 Market Street, Suite 1400  
Philadelphia, PA 19103  
(215) 569-2497 (phone)  
(215) 568-6603 (fax)  
mcoran@klehr.com  
gsellers@klehr.com  

*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          */s/ Ann O. McCready*  
          Ann O. McCready

76511210v1