UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Gregory Q. Schorr,**<br><br>    *Plaintiff,*<br><br>  v.<br><br>**PPA Holdings, Inc.**;<br>**Protect Plus Holdings Corp.**; *and*<br>**PPA Industries, Inc.**<br><br>    *Defendants.* | Case No. 1:22-cv-02083-TWP-TAB |

**ORDER GRANTING JOINT MOTION TO CONTINUE CASE
MANAGEMENT PLAN DEADLINES**

This Court, having reviewed the Parties' Joint Motion to Continue Case Management Deadlines by 120 days, and being sufficiently advised hereby GRANTS said motion.  [Fiing No. 33.]

IT IS THEREFORE ORDERED that the deadlines in the Case Management Plan will be continued as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Service of Fed. R. Civ. P. 26 initial disclosures | February 23, 2023 | June 23, 2023 |
| Plaintiff's preliminary witness and exhibit lists | March 2, 2023 | June 30, 2023 |
| Defendant's preliminary witness and exhibit lists | March 9, 2023 | July 7, 2023 |
| Motions for leave to amend the pleadings and/or to join additional parties | March 23, 2023 | July 21, 2023 |
| Plaintiff's service of statement of special damages and settlement proposal on Defendants | March 23, 2023 | July 21, 2023 |

| | | |
|---|---|---|
| Plaintiff's disclosure of expert witnesses (with name, address, vita, and report required by Fed. R. Civ. P. 26(a)(2)) | October 10, 2023 | February 7, 2024 |
| Defendant's disclosure of expert witnesses (with name, address, vita, and report required by Fed. R. Civ. P. 26(a)(2)) | November 9, 2023 | March 8, 2024 |
| Objections by any party who wishes to limit or preclude expert testimony at trial | February 8, 2024 | June 7, 2024 |
| Party with the burden of proof shall file statement of claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based, consistent with the certification provisions of Fed. R. Civ. P. 11(b) | August 30, 2023 | December 28, 2023 |
| Dispositive motions | September 27, 2023 | January 25, 2024 |
| Completion of non-expert witness discovery and discovery relating to liability issues | August 23, 2023 | December 21, 2023 |
| Completion of expert witness discovery and discovery relating to damages | January 24, 2024 | May 23, 2024 |
| Trial date requested | May 2024 | September 2024 |

These continued deadlines do not affect Plaintiff's motion for judgment on the pleadings, which is pending before the Court.

Date: 3/2/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.