UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GREGORY Q. SCHORR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-02083-TWP-TAB |
| ) | |
| PPA HOLDINGS, INC., ) | |
| PROTECT PLUS HOLDINGS CORP., ) | |
| PPA INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON APRIL 11, 2023, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel April 11, 2023, for a telephonic status conference. Discussion was held regarding case status, settlement, and related matters. Conference concluded without further orders.

Date: 4/12/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email