UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GREGORY Q. SCHORR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-02083-TWP-TAB |
| | ) | |
| PPA HOLDINGS, INC., | ) | |
| PROTECT PLUS HOLDINGS CORP., | ) | |
| PPA INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Having approved the Case Management Plan as submitted, the Court hereby sets the final pretrial conference on <u>July 24, 2024 at 9:00 a.m.</u> in Room 330, and the bench trial to begin on <u>August 19, 2024 at 9:00 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana.  The final pretrial conference is for attorneys only.  At the final pretrial conference, Counsel shall be prepared to discuss the status of the action, including all matters requiring completion prior to trial.  Counsel shall review the Court's Courtroom Procedures and Trial Practice.

IT IS SO ORDERED.

Date:   5/23/2023

*[Signature]*

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Michael K Coran
Klehr Harrison Harvey Branzburg LLP
mcoran@klehr.com

Stephen Paul Dunn
Bodman Plc
sdunn@bodmanlaw.com

Peter S. French
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
pfrench@taftlaw.com

Melissa A. Macchia
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
mmacchia@taftlaw.com

Ann O. McCready
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
amccready@taftlaw.com

Gregory R. Sellers
Klehr Harrison Harvey Branzburg LLP
gsellers@klehr.com